No. 97–7714. TENORIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7715. TESTERMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7717. LITTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7718. McGILL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7719. McNEIL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7726. TORRES-ECHAVARRIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7746. CARTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7750. EREVIA-SUAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7752. DEPACE v. UNITED STATES; and
No. 97–7753. DEPACE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 120 F. 3d 233.

No. 97–7761. AMAYA-SANCHEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–775. ABBOTT LABORATORIES ET AL. v. HUGGINS. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 97–1028. MACRI ET AL. v. KING COUNTY. C. A. 9th Cir. Motion of Pacific Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 97–1071. MARSHALL, WARDEN, ET AL. v. TURNER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.